IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| **PHOEBE ROWE** <br> 8709 Bakersville Place <br> Upper Marlboro, MD 20772 <br><br> **Plaintiff,** <br><br> v. <br><br> **DOLLAR TREE STORES, INC.** <br> 2555 Ellsmere Avenue <br> Norfolk, VA 23513 <br><br> Serve On: Resident Agent, CSC-Lawyers <br> Incorporating Service Company <br> 7 St. Paul Street, Suite 820 <br> Baltimore, MD 21202 <br><br> & <br><br> **FAMILY DOLLAR STORES OF MARYLAND, LLC** <br> 500 Volvo Parkway <br> Chesapeake, VA 23350 <br><br> Serve On: Resident Agent, CSC-Lawyers <br> Incorporating Service Company <br> 7 St. Paul Street, Suite 820 <br> Baltimore, MD 21202 <br><br> & <br><br> **DOLLAR TREE, INC.** <br> 500 Volvo Parkway <br> Chesapeake, VA 23350 <br><br> **Defendants.** | \* <br><br> \* <br><br> \* <br> Case No.: C-16-CV-24-001957  AG <br> \* <br><br> \* <br><br> \* <br><br> \* <br><br> \* <br><br> \* <br><br> \* <br><br> \* <br><br> \* <br><br> \* <br><br> \* <br><br> \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

COMES NOW, Plaintiff, Phoebe Rowe, by and through counsel, Cole Sullivan, and The Valente Law Group, who files this Complaint and, for reasons therefore, states as follows:

## PARTIES

1. That Plaintiff, Phoebe Rowe (hereinafter "Plaintiff"), is an adult resident of Prince George's County, Maryland.

2. That Defendant, Dollar Tree Stores, Inc. (hereinafter "Defendant Dollar Tree Stores"), is a foreign corporation duly authorized by the State of Maryland to do business, and was doing business, in Prince George's County, Maryland at all times herein.

3. That Defendant, Family Dollar Stores of Maryland, LLC (hereinafter "Defendant Family Dollar"), is a foreign LLC duly authorized by the State of Maryland to do business, and was doing business, in Prince George's County, Maryland at all times herein.

4. That Defendant, Dollar Tree, Inc. (hereinafter "Defendant Dollar Tree"), is a corporation duly authorized by the State of Maryland to do business, and was doing business, in Prince George's County, Maryland at all times herein.

## COUNT I
### (Negligence)

5. Plaintiff re-alleges paragraphs one (1) through four (4) of this Complaint as fully set forth herein.

6. That on or about July 16, 2022, at approximately 5:15 p.m., Plaintiff was lawfully on the premises owned and/or maintained by Defendant Dollar Tree Stores, and/or Defendant Family Dollar, and/or Defendant Dollar Tree as a business invitee at the subject property located at 5775 Crain Highway, Suite B, Upper Marlboro, MD 20772 (hereinafter the "Premises") in Prince George's County.

7. That on the same date and time described herein, Plaintiff was walking on the Premises when she tripped over a metal bar that was installed, owned, and/or maintained by Defendant

Dollar Tree Stores, and/or Defendant Family Dollar, and/or Defendant Dollar Tree, whereupon she tripped and fell to the ground, severely injuring herself.

8. That at all times referred to herein, Defendant Dollar Tree Stores, and/or Defendant Family Dollar, and/or Defendant Dollar Tree, by and through its agents, servants and/or employees, knew or should have known that the subject floor on the Premises was in a hazardous and unsafe condition to customers and individuals walking on the subject floor, including the Plaintiff.

9. That Defendant Dollar Tree Stores, and/or Defendant Family Dollar, and/or Defendant Dollar Tree, by and through its agents, servants and/or employees, should not have created the dangerous, unsafe, and/or hazardous condition, had reasonable time to either rid the subject floor of the dangerous, unsafe, and/or hazardous condition, and/or warn Plaintiff of the dangerous, unsafe, and/or hazardous condition created by the metal bar on the subject floor of the Premises, but Defendant Dollar Tree Stores, and/or Defendant Family Dollar, and/or Defendant Dollar Tree failed to do so.

10. That at all times referred to herein, Defendant Dollar Tree Stores, and/or Defendant Family Dollar, and/or Defendant Dollar Tree, by and through its agents, servants and/or employees, had a duty to maintain the subject floor on the Premises in a safe condition; to not create the dangerous, unsafe, and/or hazardous condition; to rid the subject floor on the Premises of all dangerous, unsafe, and/or hazardous conditions; to warn the Plaintiff of all dangerous, unsafe, and/or hazardous conditions; and/or to otherwise act in a non-negligent manner.

11. That Defendant Dollar Tree Stores, and/or Defendant Family Dollar, and/or Defendant Dollar Tree, by and through its agents, servants and/or employees, breached its aforementioned duties owed to Plaintiff by failing to maintain the subject floor on the Premises in a safe condition; by creating the dangerous, unsafe, and/or hazardous condition; failing to rid the subject floor on

the Premises of all dangerous, unsafe, and/or hazardous conditions; failing to warn the Plaintiff of all dangerous, unsafe, and/or hazardous conditions; and/or by otherwise acting in a negligent manner.

12. The negligent condition existed for such a length of time that Defendant Dollar Tree Stores, and/or Defendant Family Dollar, and/or Defendant Dollar Tree knew or should have discovered it through the exercise of reasonable care under the circumstances.

13. That as a direct and proximate result of the negligence of Defendant Dollar Tree Stores, and/or Defendant Family Dollar, and/or Defendant Dollar Tree, Plaintiff sustained severe, painful and permanent injuries to her body, as well as severe and protracted shock to her nervous system, all of which have caused and will continue to cause her in the future great pain, suffering, mental anguish, and other non-economic damages.

14. That as a direct and proximate result of the negligent actions of Defendant Dollar Tree Stores, and/or Defendant Family Dollar, and/or Defendant Dollar Tree, Plaintiff has been forced to expend and will continue to expend in the future, large sums of money from hospitalization, x-rays, doctors, nurses, medical treatment, and medications for the treatment of the aforementioned injuries to the Plaintiff.

15. That as a direct and proximate result of the negligence of Defendant Dollar Tree Stores, and/or Defendant Family Dollar, and/or Defendant Dollar Tree, Plaintiff was forced to lose time from his employment and suffered a loss of wages.

16. That at no time relevant hereto was Plaintiff contributorily negligent nor did she assume the risk.

WHEREFORE, Plaintiff, Phoebe Rowe, prays for judgment against Defendant Dollar Tree Stores, Inc., Defendant Family Dollar Stores of Maryland, LLC, and Defendant Dollar Tree, Inc., jointly and severally, in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), plus interest and costs this Court deems appropriate.

Respectfully submitted:

THE VALENTE LAW GROUP

/s/
Cole J. Sullivan
CPF #1905060001
2200 Defense Highway, Suite 301
Crofton, Maryland 21114
(410) 451-1777
csullivan@jpvlawgroup.com
*Counsel for Plaintiff*

**PRAYER FOR JURY TRIAL**

The Plaintiff, Phoebe Rowe, prays for a jury trial in the above-captioned case.

/s/
Cole J. Sullivan, Esq

**CERTIFICATE OF REDACTION**

I HEREBY CERTIFY, that pursuant to Rule 20-201(f)(1)(B), this pleading does not contain any restricted information, or if it does contain restricted information, a redacted submission has been filed contemporaneously pursuant to subsection (f)(2).

/s/
Cole J. Sullivan

EXHIBIT A

5-10-2024    4A2207J1XWK0001    6020240510025448